| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| REGINALD BUSH, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:18-CV-242 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff, Reginald Bush, an inmate currently confined at USP Beaumont, proceeding *pro se*, filed this tort claim pursuant to 28 U.S.C. § 1346 against the United States of America.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the tort claim be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on November 1, 2018 (docket entry no. 15).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 4th day of March, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE